# IN THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

| | |
|---|---|
| Misty Knoll, | ) Case No.: 2:09-cv-02522-SRB |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL WITH** |
| vs. | ) **PREJUDICE** |
| Equifax Information Services, LLC; | ) |
| LVNV Funding, LLC, | ) |
| | ) |
| Defendants | ) |

Based upon the Stipulation of Dismissal;

IT IS ORDERED dismissing with prejudice Defendant LVNV Funding, LLC only.

Dated this 12th day of April, 2010.

_____
Susan R. Bolton
United States District Judge

- 1 -

(Proposed) Order