IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Misty Knoll,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, et al.<br><br>　　　　　Defendants. | O R D E R<br><br>No. CIV-09-2522-PHX-SRB |

　　　　On June 10, 2010, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed with prejudice within 45 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date. As of the date of this order, no stipulation to dismiss has been filed.

　　　　IT IS ORDERED DISMISSING this case with prejudice.

　　　　DATED this 5th day of August, 2010.

　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　United States District Judge